■ WESLEY H. FLING et al., Appellants, v McGREGOR, SWIRE AIR SERVICES, LTD., et al., Respondents.—In a negligence action to recover damages for personal injuries, plaintiffs appeal from an order of the Supreme Court, Queens County, entered September 13, 1978, which denied their motion to

increase the *ad damnum* clause. Order reversed, and motion granted, with $50 costs and disbursements. Special Term improvidently exercised its discretion in denying plaintiffs' motion to increase their *ad damnum* clause. The injuries sustained could conceivably result in a verdict in excess of that demanded in the original complaint (cf. *Calautti v National Transp. Co.*, 10 AD2d 955). Suozzi, J. P., O'Connor, Gulotta and Cohalan, JJ., concur.